IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD,

    Applicant,

v.

INTERNATIONAL ALLIANCE OF THEATRICAL EMPLOYEES, LOCAL 16; DAN MACHOWSKI AND RICHARD PUTZ,

    Respondents.
_____/

No. C 06-80203 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the application for an order requiring obedience to subpoena *duces tecum* and subpoenas *ad testificandum* is HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: August 1, 2006

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California