IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>vs.<br><br>INTERNATIONAL ALLIANCE OF<br>THEATRICAL EMPLOYEES, LOCAL 16;<br>DAN MACHOWSKI AND RICHARD PUTZ,<br><br>    Respondents.<br>_____/ | No. C-05-3687 MEJ<br><br>**ORDER RESCHEDULING HEARING DATE FOR SUBPOENA *DUCES TECUM* AND SUBPOENAS *AD TESTIFICANDUM*** |

Due to the court's calendar, the above-captioned matter is hereby rescheduled for a hearing on October 19, 2006, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All other scheduling deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated: September 5, 2006

MARIA-ELENA JAMES
United States Magistrate Judge